RECEIVED
MAR - 9 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 1:22-cr-00056-01 |
| VERSUS | * | Judge Joseph |
| | * | Magistrate Judge Perez-Montes |
| JOHN MONROE CAMERON | * | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)
(Possession with Intent to Distribute Heroin)

On or about February 9, 2022, in the Western District of Louisiana, the Defendant, John Monroe Cameron, did knowingly and intentionally possess with the intent to distribute one hundred (100) grams or more of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)].

A TRUE BILL:

*REDACTED*

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

*[signature]*

Tennille M. Gilreath (AR Bar #2005145)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600